Gene E. SMITH, Sr., an incompetent person, Plaintiff–Appellant,

and

Ida M. Clark, Guardian for Gene E. Smith, Sr., Party–in–Interest,

v.

Roger L. HUNT, individually; James C. Mahan, individually; Lawrence R. Leavitt, individually; Joy Garner, individually; Julie Giesbrecht, individually; Lance Wilson, individually; ATC Vancom Inc., d/b/a ATC Van Deraa; Byron E. Thomas; James N. Foster, Jr.; Daniel G. Fritz, Defendants–Appellees.

---

* Maness does not challenge the "in connection with" element on appeal.

No. 08–2100.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 17, 2008.

Decided: Jan. 5, 2009.

Gene E. Smith, Sr., Appellant Pro Se.

Before MOTZ, TRAXLER, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gene E. Smith, Sr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Smith v. Hunt,* No. 2:08–cv–02068, 2008 WL 4280387 (D.S.C. Sept. 15, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. Smith's motion for reconsideration and motion for appointment of counsel are denied.

*AFFIRMED.*